No. 10–10544.   MASON *v.* NEW YORK; and

No. 10–10944.   RABB *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.   Reported below: 16 N. Y. 3d 145, 945 N. E. 2d 447.

No. 10–10814.   GENTRY *v.* SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.   Sup. Ct. Wash.   Certiorari denied.

No. 10–11097.   MAYS *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 11–58.   GENTRY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 11–69.   ARTHUR *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 11–181.   MCWILLIAMS *v.* DESTIN HOLIDAY BEACH RESORT ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 11–183.   SENECA TELEPHONE CO. *v.* MIAMI TRIBE OF OKLAHOMA, DBA WHITE LOON CONSTRUCTION CO.   Sup. Ct. Okla.   Certiorari denied.

No. 11–185.   KOZIOL *v.* GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT OF NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 11–186.   KIMM *v.* SHIN AUK KANG.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 11–187.   ZL TECHNOLOGIES INC. *v.* GARTNER GROUP, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–188.   QUINN *v.* NAFTA TRADERS, INC.   Sup. Ct. Tex.   Certiorari denied.

No. 11–193.   USI MIDATLANTIC, INC., ET AL. *v.* WILLIAM A. GRAHAM CO., DBA GRAHAM CO.   C. A. 3d Cir.   Certiorari denied.